UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SEAN RINGGOLD, | : | |
| | : | |
| Plaintiff, | : | Index No. 14-CV-06560 (SJ-VMS) |
| | : | |
| vs. | : | ECF Case |
| | : | |
| RADAR ONLINE, LLC, | : | **CORPORATE DISCLOSURE** |
| | : | **STATEMENT OF DEFENDANT** |
| Defendants. | : | **RADAR ONLINE, LLC** |
| | : | |
| | : | |

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant RadarOnline, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held: American Media, Inc.

Dated: November 21, 2014
New York, NY

    */s/ Cameron Stracher*
Cameron Stracher
AMERICAN MEDIA, INC.
4 New York Plaza, 2d Floor
New York, NY 10004
(212) 743-6513
(646) 810-3089 (fax)
cstracher@amilink.com

*Counsel for defendant RadarOnline, LLC*

1

## *CERTIFICATE OF SERVICE*

I hereby certify that on this  21st  day of   November  , 2014, a true and correct copy of the foregoing **CORPORATE DISCLOSURE STATEMENT OF RADARONLINE, LLC** was filed with the Court through the ECF-CM electronic filing system, which will automatically serve electronic notice of the same on the counsel of record:

>Thomas D. Shanahan, Esq.
>Thomas D. Shanahan, P.C.
>551 Fifth Avenue, Suite 616
>New York, NY 10176
>tom@shanahanlaw.com
>
>*Counsel for Plaintiff Sean Ringgold*

  /s/  Cameron Stracher